

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 15, 2021

**BY ECF & EMAIL**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: *United States v. Leonard Bamberg*, 11 Cr. 626 (CS)

Dear Judge Seibel,

  The Government writes to respectfully request an order from the Court directing the United States Probation Department ("Probation"), Southern District of New York, to release to the Government Probation's records relating to Leonard Bamberg. The Government seeks these records in connection with Bamberg's upcoming hearing for an alleged violation of his supervised release. According to the assigned U.S. Probation Officer, upon order of the Court, the Probation Department will disclose any responsive records.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: _____
Benjamin A. Gianforti
Assistant United States Attorney
(646) 856-5190

*I have never seen Probation require an order to share information for purposes of a VOSR (as opposed for purposes of investigating or prosecuting a new case), but if that is now required, it is so ordered. Any materials provided by Probation to the Government shall be shared with defense counsel.*

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.

6/15/21

  cc: Joseph Facciponti, Esq., counsel to Leonard Bamberg (by ECF)
     U.S. Probation Officer Jeffrey Steimel (by email)