

**MURPHY & McGONIGLE**
A Professional Corporation

Email: jfacciponti@mmlawus.com
Direct: 212.880.3966
Facsimile: 212.880.3998

1185 Avenue of the Americas
Floor 21
New York, NY 10036

**MEMO ENDORSED**

July 16, 2021

By ECF

The Honorable Cathy Seibel
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Application Granted / ~~Denied~~ ( But it is in Mr. Bamberg's best interest to have no contact with the complainant.)
So Ordered.

_Cathy Seibel_
Cathy Seibel, U.S.D.J.

Dated: 7/16/21

Re:  *United States v. Louis Bamberg*, 11 Cr. 626 (CS)

Dear Judge Seibel:

I am CJA counsel for Louis Bamberg in the above-referenced matter. I write to respectfully clarify with the Court that the personal recognizance bond entered in connection with the recent violation of supervised release proceeding – which was withdrawn with the Court's approval by the Probation Office on July 2, 2021 – is no longer in effect and that Mr. Bamberg is no longer subject to any of the conditions of the bond, including the following three conditions: (i) that Mr. Bamberg attend anger management classes, (ii) that he not have any contact with the complainant, and (iii) that he stay away from Hamilton Avenue in Yonkers, the location of the complainant's former residence.

Based on communications with the government and the Probation Office, my understanding is that the Court wished for the parties to meet-and-confer regarding the status of these three conditions. The parties have conferred by email and all agree that the three conditions enumerated above no longer need to apply to Mr. Bamberg.

With respect to the anger management classes, my understanding is that Mr. Bamberg's therapist has informed the Probation Office that Mr. Bamberg would not benefit from further therapy. With respect to the other two conditions, I note that Mr. Bamberg has had no contact with the complainant since the alleged incident in November 2020 and that, as detailed in Mr. Bamberg's response to the government's *in limine* motions, had a revocation hearing been held, the defense expected to adduce evidence contradicting the complainant's accusations.

New York   ♦   Virginia   ♦   Washington, D.C.

Hon. Cathy Seibel
July 16, 2021
Page 2 of 2

>Respectfully submitted,
>
>/s/ J.P.F.
>
>Joseph P. Facciponti

cc (by email & ECF):
AUSA Benjamin Gianforti
Probation Officer Jeff Steimel