

Email: jfacciponti@mmlawus.com  
Direct: 212.880.3966  
Facsimile: 212.880.3998

1185 Avenue of the Americas  
Floor 21  
New York, NY 10036

November 3, 2021

Via ECF and by Email ChambersNYSDSeibel@nysd.uscourts.gov

The Honorable Cathy Seibel  
The Hon. Charles L. Brieant Jr. Federal Building and  
United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601-4150

>  Mr. Facciponti is reappointed as CJA counsel for Mr. Bamberg, with the appreciation of the Court for taking the assignment.
>
>  SO ORDERED.
>
>  *Cathy Seibel*
>
>  CATHY SEIBEL, U.S.D.J.
>
>  11/5/21

Re:  United States v. Bamberg, 11 Cr. 626 (CS)

Dear Judge Seibel:

    I was previously CJA counsel for Leonard Bamberg in the above-referenced case for a previously filed violation of supervised release which was resolved in July 2021.  Recently, the Court issued a summons for Mr. Bamberg to appear on November 22, 2021 at 3:30 p.m. regarding new alleged violations of supervised release. Accordingly, given my prior familiarity with the case, the undersigned respectfully requests to be re-appointed to represent Mr. Bamberg in connection with the new specifications.

    Respectfully submitted,

    /s/ J.P.F.

    Joseph P. Facciponti

CC: AUSA Benjamin Gianforti

---

New York  ♦  Washington, D.C.  ♦  Virginia  ♦  Chicago  ♦  San Francisco