# McGONIGLE
A PROFESSIONAL CORPORATION

Email: jfacciponti@mmlawus.com
Direct: 212.880.3966
Facsimile: 212.880.3998

MEMO ENDORSED

1185 Avenue of the Americas
Floor 21
New York, NY 10036

June 30, 2022

*Via ECF*

The Honorable Cathy Seibel
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:   *United States v. Bamberg*, 11 Cr. 626 (CS)

Dear Judge Seibel:

> VOSR hearing adjourned to September 6, 2022 at 11:45 a.m.
> So Ordered.
> /s/ Cathy Seibel
> Cathy Seibel, U.S.D.J.
> Dated: 7/5/22

I am CJA counsel for Leonard Bamberg in the above-referenced matter. Currently, the Court has scheduled a Violation of Supervised Release hearing (the "VOSR Hearing") for July 9, 2022. I write to respectfully request that the Court adjourn the VOSR Hearing for the reasons stated below. Mr. Bamberg is presently in state pretrial custody pending the resolution of state charges.

As the Court is aware, Mr. Bamberg is facing state charges related to, among other things, an alleged altercation that arose from a traffic incident. My understanding is that Mr. Bamberg has pleaded guilty to some of those charges and is expected to be sentenced in the state proceeding on July 26, 2022. In addition, the government, the Probation Office, and the defense seek to attempt to negotiate a resolution to this matter, but those discussions are not yet complete. Accordingly, I respectfully request that the Court adjourn the VOSR Hearing to allow my client to resolve his state case and be sentenced and the parties to explore a possible resolution.

I have conferred with the government and the Probation Office, who consent to this application. The Probation Officer asked that any adjournment of this matter be held after August 14, 2022, to accommodate the Probation Officer's planed vacation. However, the undersigned has a planned vacation for the weeks of August 15 and 22, so I respectfully request that the VOSR Hearing be scheduled for the weeks of August 29 or September 5.

Respectfully submitted,

/s/ J.P.F.

Joseph P. Facciponti

cc: Probation Officer Erica Cudina
    AUSA Kevin Sullivan

New York   ♦   Washington, D.C.   ♦   Virginia   ♦   Chicago   ♦   San Francisco

June 30, 2022
Page 2 of 2